UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DAVID BERMAN, individually and on
behalf of all others similarly situated,

        Plaintiff,

v.

AFFILIATED DERMATOLOGISTS AND
DERMATOLOGIC SURGEONS, P.A.,

        Defendant.

Civil Action No. 2:24-cv-6953-JXN-JSA

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff David

Berman ("Plaintiff"), by and through his undersigned counsel, hereby voluntarily dismisses the

above-captioned action, without prejudice.

Dated: September 20, 2024

        **By:** */s/ Courtney E. Maccarone*
        Courtney E. Maccarone
        **LEVI & KORSINSKY, LLP**
        33 Whitehall St., 17th Floor
        New York, NY 10004
        Telephone: (212) 363-7500
        Facsimile: (212) 363-7171
        Email: cmaccarone@zlk.com

        *Counsel for Plaintiff*

**So ORDERED on 9/23/2024:**

JULIEN XAVIER NEALS
United States District Judge